**Robert Ray STROUP, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 72-3634.

United States Court of Appeals, Fifth Circuit.

Dec. 15, 1972.

Robert Stroup, pro se.

William J. Schloth, U. S. Atty., Macon, Ga., for respondent-appellee.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

It is ordered that the petitioner's motion for leave to appeal *in forma pauperis* is granted, and the judgment below is summarily vacated and the cause remanded for further proceedings on the

New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

merits. Thomas v. United States, 5th Cir. 1972, 460 F.2d 1222; Juelich v. United States, 5th Cir. 1961, 300 F.2d 381.[1]

1. It is appropriate to dispose of this case summarily. See Groendyke Transportation, Inc. v. Davis, 5 Cir., 1969, 406 F.2d 1158.